UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DONNA JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PYXUS INTERNATIONAL, INC. f/k/a/ ALLIANCE ONE INTERNATIONAL, INC., J. PIETER SIKKEL, and JOEL L. THOMAS,<br><br>    Defendants | Case No. 5:19-cv-00234-BO<br><br>**LEAD PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff Donna Jones ("Lead Plaintiff") hereby voluntarily dismisses this action, without prejudice, as to all Defendants: Pyxus International, Inc. f/k/a/ Alliance One International, Inc., J. Pieter Sikkel, and Joel L. Thomas. As grounds therefore, Lead Plaintiff states that: (1) Defendants have not served an answer or a motion for summary judgment; and (2) this dismissal will not bind or prejudice any party or member of the putative class.

Dated: October 31, 2019

**BLUE LLP**

*/s/ Dhamian A. Blue*
Dhamian A. Blue (N.C. Bar No. 31405)
Daniel T. Blue, Jr. (N.C. Bar No. 5510)
Daniel T. Blue, III (N.C. Bar No. 27720)
205 Fayetteville Street, Suite 330
Raleigh, NC 27601
Telephone: (919) 833-1931
Facsimile: (919) 833-8009
Email: dab@bluellp.com
       danblue@bluellp.com
       dtb3@bluellp.com

- and-

**GLANCY PRONGAY & MURRAY LLP**
Lesley F. Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lportnoy@glancylaw.com

*Counsel for Lead Plaintiff Donna Jones*

1

**CERTIFICATE OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 31, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of North Carolina, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 31, 2019, at Raleigh, North Carolina.

*/s/ Dhamian A. Blue*
Dhamian A. Blue